# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gino M Ginocchetti and Tammy L. Ginocchetti<br><br>        Debtor(s) | BKY. NO. 13-01140 RNO<br><br>CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 3732

                                            Respectfully submitted,


                                            **/s/ Thomas Puleo**
                                            Thomas Puleo, Esquire
                                            James C. Warmbrodt, Esquire
                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106-1532
                                              (215) 825-6306  FAX (215) 825-6406
                                              Attorney for Movant/Applicant