```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                       Case No. 13-01140-JJT
Gino M Ginocchetti                                           Chapter 13
Tammy L. Ginocchetti
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5       User: TWilson            Page 1 of 1         Date Rcvd: Jan 19, 2018
                           Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2018.
4645903        ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC,   PO Box 619096,   Dallas, TX 75261-9741,
                  Nationstar Mortgage, LLC,   PO Box 619096,   Dallas, TX 75261-9741)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
              Jason Paul Provinzano    on behalf of Creditor   Cross Valley Federal Credit Union
               MyLawyer@JPPLaw.com, G17727@notify.cincompass.com
              Jerome B Blank    on behalf of Creditor   Ocwen Loan Servicing, LLC pamb@fedphe.com
              John Fisher    on behalf of Creditor   Luzerne County Federal Credit Union johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              John Fisher    on behalf of Creditor   UFCW Federal Credit Union johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              Joseph P Schalk    on behalf of Creditor   Ocwen Loan Servicing, LLC jschalk@barley.com,
               sromig@barley.com
              Joshua I Goldman    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lisa M. Doran    on behalf of Debtor 2 Tammy L. Ginocchetti ldoran@dorananddoran.com
              Lisa M. Doran    on behalf of Debtor 1 Gino M Ginocchetti ldoran@dorananddoran.com
              Thomas I Puleo    on behalf of Creditor   Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 12

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:13-bk-01140-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Gino M Ginocchetti
90 Susquehanna Avenue
Dallas PA 18612

Tammy L. Ginocchetti
90 Susquehanna Avenue
Dallas PA 18612

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/18/2018.

Name and Address of Alleged Transferor(s):

Claim No. 19: Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741,
Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741

Name and Address of Transferee:

Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129
Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/21/18

Terrence S. Miller
**CLERK OF THE COURT**