United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                              Case No. 13-01140-JJT
Gino M Ginocchetti                                                  Chapter 13
Tammy L. Ginocchetti
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: JGoodling        Page 1 of 1          Date Rcvd: Aug 15, 2018
                             Form ID: fnldec         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2018.
db/jdb      +Gino M Ginocchetti,   Tammy L. Ginocchetti,   90 Susquehanna Avenue,   Dallas, PA 18612-1522

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor   Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
          Jason Paul Provinzano   on behalf of Creditor   Cross Valley Federal Credit Union
           MyLawyer@JPPLaw.com,  G17727@notify.cincompass.com
          Jerome B Blank   on behalf of Creditor   Ocwen Loan Servicing, LLC pamb@fedphe.com
          John  Fisher   on behalf of Creditor   UFCW Federal Credit Union johnvfisher@yahoo.com,
           fisherlawoffice@yahoo.com
          John  Fisher   on behalf of Creditor   Luzerne County Federal Credit Union johnvfisher@yahoo.com,
           fisherlawoffice@yahoo.com
          Joseph P Schalk    on behalf of Creditor   Ocwen Loan Servicing, LLC jschalk@barley.com,
           sromig@barley.com
          Joshua I Goldman   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Lisa M. Doran   on behalf of Debtor 2 Tammy L. Ginocchetti ldoran@dorananddoran.com
          Lisa M. Doran   on behalf of Debtor 1 Gino M Ginocchetti ldoran@dorananddoran.com
          Thomas I Puleo   on behalf of Creditor   Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                          TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Gino M Ginocchetti,
aka Gino Mario Ginocchetti,

**Debtor 1**

Tammy L. Ginocchetti,
fka Tammy L Jones,

**Debtor 2**

Chapter       13

Case No.      5:13–bk–01140–JJT

Social Security No.:

    xxx–xx–1211   xxx–xx–3437

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Charles J DeHart, III (Trustee)

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated:  August 15, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: JGoodling, Deputy Clerk

**fnldec** (05/18)