United States Bankruptcy Court

Middle District of Pennsylvania

Name of Debtor(s): Tammy Ginocchetti
GINO M GINOCCHETTI

Case No: 13-01140

Chapter: 13

This change of mailing address is requested by the Creditor, CFS2.

Our old mailing address is:

2488 E 81st St
Suite 500 - 600
Tulsa OK 74137

Our new mailing address is:

4500 S 129th E Ave
Suite 124
Tulsa OK 74134

_Megan Carr_  
Megan Carr

7/17/2019  
Date

FILED WILKES-BARRE, PA 2019 JUL 23 PM 1:42 CLERK U.S. BANKRUPTCY COURT